

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

March 18, 1957

*See WW-39*

Honorable A. E. Winfree, Chairman
Committee on Criminal Jurisprudence
House of Representatives
Austin, Texas

Opinion No. WW-65

Re: Constitutionality
of House Bill 72
amending juvenile
statutes, as redrafted.

Dear Mr. Winfree:

Your inquiry concerning the constitutionality of
House Bill 72 after redraft or amendment by striking out
paragraphs 2, 3 and 4 in Sec. 3 beginning with the words
"If a child" and ending with the words "an adult", in-
serting in lieu thereof the following:

> "If a child 16 years of age or older
> is charged with the offense of murder, rape,
> robbery with a dangerous weapon, castration,
> maiming, disfigurement, or assault with in-
> tent to commit any of the above enumerated
> offenses the court shall certify such child
> for proper criminal proceedings in any court
> which would have jurisdiction of the offense,
> if committed by an adult; but no child under
> sixteen (16) years of age shall be so certi-
> fied.

> "Upon certification to the District
> Judge having jurisdiction under the provi-
> sions of this Act, the child will be subject
> to the action of the Grand Jury as if the
> child were an adult. The District Judge may
> grant or deny bail on the same basis as bail
> is granted or denied in all other criminal
> cases.

> "If the Grand Jury returns an indict-
> ment, the child shall be subject to the penal
> laws of this state and tried in accordance with
> the Penal Code and the Code of Criminal Pro-
> cedure as if the child were an adult.

"If the first Grand Jury empanelled after a child has been certified to the District Judge having jurisdiction fails to return an indictment such child shall thereafter be dealt with as a juvenile except in cases where the child may thereafter stand accused of one or more of the crimes heretofore enumerated in this section of this Act."

has been received.

It is our opinion that the objections to House Bill 72, as set out in Opinion No. WW-39, have been cured by the suggested amendment and that as amended, or redrafted, House Bill 72 is not subject to constitutional objections.

## SUMMARY

House Bill 72, as amended or redrafted as hereinabove set forth, is constitutional.

Yours very truly,

WILL WILSON
Attorney General

By
J. W. Wheeler
Assistant

JWW:kh

APPROVED:

OPINION COMMITTEE
H. Grady Chandler
Chairman